IN THE CRIMMINAL COURT OF APPEALS OF TENNESSEE
WESTERN SECTION

| | |
|---|---|
| STATE OF TENNESSEE ) | |
| ) | |
|     Appellee, ) | |
| ) | |
| v. ) | No. W2010-02073-CCA-R3-CD |
| ) | |
| Mike Parsons, ) | |
| ) | |
|     Appellant ) | |

AFFIDAVIT OF PAT PARSONS

COMES NOW, Pat Parsons, and states the following:

1. I am a resident citizen of Tipton County, Tennessee, and am over the age of 18.

2. On or about January 11, 2012, I was informed by attorney Richard Fields that the Appellate Court had ruled on my husband's, Mike Parsons, appeal before the court.

3. I was further notified by attorney Richard Fields during that phone conversation that Mike had until the following Monday, January 16, 2012, to file his application to appeal to the Supreme Court of Tennessee.

4. To date, attorney Richard Fields has failed to inform me when he became aware of the Appellate Courts ruling, why he waited so long to inform me of their ruling and why he did not mail a copy of the ruling to Mike or me, and had me drive 50 miles to his office to get a copy and get a copy to Mike myself.

5. To date, attorney Richard Fields has made no effort to prepare or file any appeal to the Supreme Court as he was hired to do.

6. To date, attorney Richard Fields has never notified the Court of Appeals that he has abandoned my husband's, Mike Parsons, case.

1

7. To date, attorney Richard Fields has never notified the Court of Appeals that he wished to be released or withdraw from my husband's, Mike Parsons, case.

**FURTHER DEPONENT SAITH NOT**

_Pat M Parsons_
Pat Parsons

**STATE OF TENNESSEE**

**COUNTY OF** _SHELBY_

On this _5_ day of _FEBRUARY_, 2011 before me, a Notary Public of the State of Tennessee and _SHELBY_ County, personally appeared Pat Parsons to me known (or prove to me on the basis of satisfactory evidence), and who, upon oath, acknowledged that he executed the foregoing instrument for the purpose therein contained.

_Tina A. Keller_
NOTARY PUBLIC

**My Commission Expires:**

_1-5-15_

[Notary Seal: TINA A. KELLER, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

2

TRCP Rule #5 (c)(2)

M/W DOB /61
SSN .0086

Gary Antrican
4705 Mueller Brass Rd
Covington, TN 38019
901 475 2500
901 445 7330

**STATE OF TENNESSEE**

**AFFIDAVIT OF COMPLAINT**

IN THE GENERAL SESSIONS COURT OF TIPTON COUNTY

DEFENDANT(S) (Name and Address):

STATE OF TENNESSEE vs. Michael Wayne Parsons
444 Hughes Road
Brighton TN 38011

The undersigned affiant, after being duly sworn according to the law, states that Michael Wayne Parsons whose name is otherwise unknown to the affiant, committed the offense of Convicted Felon In Poss Of Firearm 39-17-1307 E/F in the above county on or about 2/11, 20 14. Further, affiant makes oath that the essential facts constituting said offense, the sources of affiant's information, and the reasons why his/her information is believable concerning said facts are as follows:

On 2/11/14 Tipton County Sheriff's Office Personnel, Tipton County Animal Control, Dr. Aubrey Haley DVM, and Michael Parsons' Parole Officer, Danny Johnson went to 444 Hughes road in regards to an animal cruelty complaint from PETA and to conduct a compliance check to determine if Michael Parsons was in compliance with the conditions of his parole. The animals were visually examined by Dr. Haley and appeared to be in satisfactory health and have adequate shelter. Parole Officer Danny Johnson and Investigator Michael Green conducted a search of Parsons' residence. Inside the residence Investigator Green located two camouflage type backpacks. Inside the two packs were approximately 865 rounds of different caliber ammunition. Investigator Green then asked Patricia Parsons if there were any guns in the house and she stated there was a rifle in the bedroom. she then took me back to their bedroom and pointed to a closet with no door. I located a Remington 700 ADL 308 caliber (Serial # RR44565C). Patricia Parsons stated she did not initially tell me about the gun because she wanted to protect her husband. Investigators then continued my search in what Patricia called "Mike's Office". Investigators located 2 AR-15 Beta magazines, a tactical industries .22 caliber conversion kit for AR15, and a 22 caliber magazine for an AR15. Investigator Green spoke with Patricia Parsons and asked her again if there were any other weapons in the house. She stated she had a .357 pistol in the same bedroom as the rifle. She stated it belonged to her. I located a Smith and Wesson Model 686 (serial # BBD9743) loaded with 6 rounds of ammunition in a shoe box approxiamtley two feet from the side of the bed. Michael Parsons was arrested for Convicted felon in possession of a firearm and transported to jail

WITNESSES: Investigator Mark Daugherty, Parole Officer Danny Johnson, Det. Rodriguez, Lt. Nessly

Affiant — Name and Address:

_signature_
**Investigator Michael Green**
TCSO

Sworn to and subscribed before me this
February 12, 2014
_signature_ Mike Parsons
Judge/Clerk

INVALID WARRANT
SIGNED NOT BY JUDGE OR CLERK

**STATE OF TENNESSEE**

**ARREST WARRANT**

IN THE GENERAL SESSIONS COURT OF TIPTON COUNTY

STATE OF TENNESSEE vs. Michael Wayne Parsons

TO ANY LAWFUL OFFICER OF THE STATE:

The undersigned affiant, after being duly sworn according to the law, states that Michael Wayne Parsons whose name is otherwise unknown to the affiant, committed the offense of __Convicted Felon In Poss Of Firearm__ __39-17-1307 E/F__ in the above county on or about __2/11__, 20__14__

Further, affiant makes oath that the essential facts constituting said offense, the sources of affiant's information, and the reasons why his/her information is believable concerning said facts are as follows:

On 2/11/14 Tipton County Sheriff's Office Personnel, Tipton County Animal Control, Dr. Aubrey Haley DVM, and Michael Parsons' Parole Officer, Danny Johnson went to 444 Hughes road in regards to an animal cruelty complaint from PETA and to conduct a compliance check to determine if Michael Parsons was in compliance with the conditions of his parole. The animals were visually examined by Dr. Haley and appeared to be in satisfactory health and have adequate shelter. Parole Officer Danny Johnson and Investigator Michael Green conducted a search of Parsons' residence. Inside the residence Investigator Green located two camouflage type backpacks. Inside the two packs were approximately 865 rounds of different caliber ammunition. Investigator Green then asked Patricia Parsons if there were any guns in the house and she stated there was a rifle in the bedroom. she then took me back to their bedroom and pointed to a closet with no door. I located a Remington 700 ADL 308 caliber (Serial # RR44565C). Patricia Parsons stated she did not initially tell me about the gun because she wanted to protect her husband. Investigators then continued my search in what Patricia called "Mike's Office". Investigators located 2 AR-15 Beta magazines, a tactical industries .22 caliber conversion kit for AR15, and a 22 caliber magazine for an AR15. Investigator Green spoke with Patricia Parsons and asked her again if there were any other weapons in the house. She stated she had a .357 pistol in the same bedroom as the rifle. She stated it belonged to her. I located a Smith and Wesson Model 686 (serial # BBD9743) loaded with 6 rounds of ammunition in a shoe box approxiamtley two feet from the side of the bed. Michael Parsons was arrested for Convicted felon in possession of a firearm and transported to jail

WITNESSES:
Investigator Mark Daugherty, Parole Officer Danny Johnson, Det. Rodriguez, Lt. Nessly

Affiant – Name and Address
_[signature]_
Investigator Michael Green
TCSO

Sworn to and subscribed before me this
__February 12__, 20__14__
_[signature] Mike Parsons_
Judge/Clerk

STATE OF TENNESSEE

ARREST WARRANT

IN THE GENERAL SESSIONS COURT OF TIPTON COUNTY

STATE OF TENNESSEE      vs.      Michael Wayne Parsons

TO ANY LAWFUL OFFICER OF THE STATE:

Based upon the affidavit(s) of complaint made and sworn to before me by Investigator Michael Green there is probable cause to believe that the offense(s) of __Convicted Felon In Poss Of Firearm__ has been committed in Tipton County, Tennessee, and charging __Michael Wayne Parsons__ thereof, you are therefore commanded in the name of the State of Tennessee forthwith to arrest and bring the said accused person before the Court of General Sessions of Tipton County, Tennessee, to answer the said charges.

12 . Februa..14                              _[signature] Mike Parsons_