January 17, 2017

Sent via Fax

Michael Wayne Parsons, a live man
9160 Hwy 64, Suite 12, #213
Lakeland, Tennessee [38002]
united States of America



U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Office OF CLERK
242 FEDERAL BUILDING
MEMPHIS, TENNESSEE 38103

### Response to Court Order to File Disclosure Statement

On January 08, 2017 I received notice of this order in the U.S. District Court whose No. 2:16-cv-02411-STA-egb it is referenced by. It requires "disclosing whether he remains in pretrial detention in Tipton County Jail."

I am currently being held in the Phelps County Nebraska Jail on a hold from Tipton County Tennessee.

Whereas the order was dated the 16th of December 2016, the 28th day occurred on a Saturday and the following Monday January 16, 2017 was a Federal Holiday, therefore today, Tuesday January 17, 2017 is the 28th and as such it is timely filed by my only way to respond to the court which is via the Jail Fax machine.

Therefore, my need for release via the Habeas Corpus petition still exist.

### Addendum

This Court will take Judicial NOTICE of the following:

In compliance with Executive Order 13132 ("Federalism") signed by President Bill Clinton on August 10, 1999 Section 2: (d) "The people of the States are free, subject only to restrictions in the Constitution itself or in constitutionally authorized Acts of Congress, to define the moral, political, and legal character of their lives."

I hereby define my political and legal characters as follows:

Be it known by all, that Michael Wayne Parsons, as a living flesh and blood man that on June 23 2016 did give NOTICE to all in the world that I am not a citizen of the UNITED STATES, nor any corporation posing as government such as STATE OF TENNESSEE CORPORATION. Any who wish to challenge this admission must do so by responding



COPY GIVE

to that notice within 30 days of publication. Notice was also given to anyone in the world who may have a contract (or unsigned presumed contract) under the above name, that this notice serves as an addendum to all contracts or presumptions ad initio, in which the signatory name may (or may not) appear. Notice that the following be included as part and above the perceived signatory which is in fact an autograph with or without the notice "without prejudice, UCC1-207, UCC1-308 or ..., which indicates done under threat, duress and coercion rendering it a void contract and all of my God Given rights are reserved."

Let it be known to all that this notice also serves to rebut any presumption that any Federal, State, County or Municipality or any Corporation posing as government, including but not limited to any and all STATE OF___, COUNTY OF___, CITY OF___, COUNTRY OF___, etc, has authority (parens patriae) over any of my family or property.

Let it be known that as a flesh and blood living man I can not see or communicate with any corporations as they are non-living fictions on paper and as such, I can only reply to living flesh and blood men and woman.

Therefore, the matter claimed by Tipton County is over, nullified and void from it's inception. And as such, I wish this matter be dismissed by this court and an ORDER from this court reflecting this fact as well as for the return of all of Mrs. Pat Parsons' property stolen by Tipton County.

Michael Wayne Parsons, a live man
Without Prejudice, UCC1-207, 308.
ACJ, USCT

PLACED INTO THE OUTGOING MAIL FOR THE PHILLIPS COUNTY JAIL VIA HAND DELIVERY TO A GUARD, THIS RESPONSE TO COURT ORDER TO FILE DISCLOSURE STATEMENT IS THEREBY CONSIDERED TIMELY FILED THIS 17TH DAY OF JANUARY 2017 1ST CLASS POSTAGE PAID.



COPY GIVEN