To Sgt/LT [Terry?]

# PHELPS COUNTY CORRECTION
## INMATE/ DETAINEE REQUEST FORM
## FORM E-101

NAME: Michael Parsons                      DATE: 1/17/2017

A# OR DOC#_____          UNIT: 112
(Request will not be addressed unless filled out in full and signed, any use of profanity will not be answered)

[ ] Medical (must state why)    [X] Other service    [ ] I Request a grievance form

Nature of request: I HAVE A LEGAL FILING DEADLINE TODAY JANUARY 17, 2017 IN THE U.S. DISTRICT COURT WESTERN DISTRICT OF TENNESSEE IT MUST BE FILED ELECTRONICALLY FOR 2:16-cv-02411-STA-egb

UNDER DURESS   UCC1-308
Michael Parsons WITHOUT PREJUDICE
Signature  AUTOGRAPH

Request forwarded: [ ] Medical  [ ] Administration  [ ] Immigration
OTHER: _____    [ ] Department of Corrections
By officer: _____    Date: _____

Action taken to respond to request:
filing faxed

Staff signature: [illegible]      Date: 1-17-17      Time (taken): 1648

VS: T____/P____/R____/BP____
(Vital signs, temperature, pulse, respirations, blood pressure)

Returned _____

COPY COPY COPY

, LT. PERRY

# PHELPS COUNTY CORRECTION
## INMATE/ DETAINEE REQUEST FORM
### FORM E-101

NAME: Michael Parsons            DATE: 1/17/2017

A# OR DOC#_____        UNIT: 112

(Request will not be addressed unless filled out in full and signed, any use of profanity will not be answered)

[ ] Medical (must state why)   [(Other service)]   [ ] I Request a grievance form

his wife Tennessee

Nature of request:
I NEED to HAVE YOU FAX NOTICE TO THE U.S. DISTRICT COURT THAT I AM HERE AS REQUESTED BY ORDER OF THE COURT. TODAY IS THE DEAD LINE. I CAN CREATE A NOTICE ON YOUR P.C. IF YOU WILL ALLOW ME. I STARTED ONE ON PC IN LIBRARY.

THANKS

Under Duress Without Prejudice
Michael Parsons  UCC1-308
Signature

Request forwarded: [ ] Medical  [ ] Administration  [ ] Immigration
OTHER: 901-495-1250              [ ] Department of Corrections
By officer: _____             Date: 1-17-17

FAXED 1650

Action taken to respond to request:
phone 901-495-1200

Staff signature _____    Date _____    Time (taken) _____

VS: T____/P____/R____/BP____
(Vital signs, temperature, pulse, respirations, blood pressure)    Returned _____

COPY GIVEN

COPY
COPY